**Pamela S. TURNER, Appellant,**

v.

**Joseph FERRARIO, d/b/a Paradise Alley, Respondent.**

**No. ED 78722.**

Missouri Court of Appeals, Eastern District, Division Three.

June 19, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 26, 2001.

Application for Transfer Denied Sept. 25, 2001.

Ray Gerritzen, St. Louis, MO, for appellant.

Teresa A. Drew, Michael P. Wolf, St. Louis, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

### *ORDER*

PER CURIAM.

Appellant Pamela Turner ("Plaintiff") appeals the order and judgment granting respondent Joseph Ferrario's ("Defendant") motion for summary judgment. We have reviewed the briefs of the parties and the record on appeal and find no error of law.   An extended opinion would have no precedential value.   We have, however, provided the parties with a brief memorandum, for their use only, setting forth the reasons for our decision.   The judgment is affirmed pursuant to Rule 84.16(b).